```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169

Attorneys for Defendant
```

FILED
MAR 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS M. KRYSYNA,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 04-00860 VRW<br><br>STIPULATION AND ORDER OF REMAND |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) who will be directed to update the medical record to include medical source statements; further consider Plaintiff's mental impairments in accordance with 20 C.F.R. § 404.1520a; and further consider the treating, examining, and nonexamining physician opinions. In addition, the ALJ will further evaluate Plaintiff's residual functional capacity and obtain supplemental vocational expert testimony. The ALJ will also evaluate Plaintiff's subjective complaints in accordance with the

///

regulations and SSR 96-7p.

Dated: March 1, 2006

/s/
MANUEL D. SERPA
Attorney for Plaintiff


KEVIN V. RYAN
United States Attorney


Dated: March 1, 2006          By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated: - 9 MAR 2006

VAUGHN R. WALKER
United States District Judge

KRYSYNA, REMD, S4 (djh)
C 04-00860 VRW                                 2