KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS M. KRYSYNA, | ) |
| Plaintiff, | ) CIVIL NO. 04-00860 VRW |
| v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with

defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay THREE THOUSAND, EIGHT HUNDRED DOLLARS, ($3,800.00),

pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.

The check is to be payable to plaintiff's counsel:

MANUEL D. SERPA
1901 E. 4TH ST., STE 310
SANTA ANA, CA 92705
(714) 564-8640; FAX 8641

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

Act.

3.  Payment of the THREE THOUSAND, EIGHT HUNDRED DOLLARS, ($3,800.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees or costs pursuant to the EAJA as a result of this court action.

Dated: March 28, 2006                    /s/
                                         MANUEL D. SERPA
                                         Attorney for Plaintiff


                                         KEVIN V. RYAN
                                         United States Attorney



Dated: March 29, 2006          By:       /s/
                                         SARA WINSLOW
                                         Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 25, 2006            _____
                                         VAUGHN R WALKER
                                         United States District Chief Judge

KRYSYNA,  EAJA STIP (djh)
C 04-00860 VRW                      2